IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02425-REB-BNB

SOUTH DENVER ANESTHESIOLOGISTS, P.C.,

Plaintiff,

v.

RYAN JAMES OBLACHINSKI, D.O.,

Defendants.

_____

## ORDER

_____

This matter is before me on **Defendant's Motion to Amend Pleadings** [Doc. # 37, filed 5/25/2007] (the "Motion to Amend"). The defendant seeks leave to amend his answer to add new claims and parties, to delete certain other claims, and to modify or enhance the allegations concerning still other claims. The Motion to Amend was filed on May 25, 2007, but the deadline to amend pleadings and add parties expired on May 11, 2007.

I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is DENIED for failure to establish good cause to extend the deadline to amend pleadings and add parties beyond May 11, 2007. See Colorado Visionary Academy v. Medtronic, Inc., 194 F.R.D. 684, 687-88 (D. Colo. 2000).

Dated June 18, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge