IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-02425-REB-BNB

SOUTH DENVER ANESTHESIOLOGISTS, PC,

    Plaintiff,

v.

RYAN JAMES OBLACHINSKI, D.O.,

    Defendant.

**ORDER DENYING DEFENDANT'S MOTION TO AMEND THE
COURT'S ORDER GRANTING DEFENDANT'S MOTION TO REMAND**

**Blackburn, J.**

The matter before me is **Defendant's Motion To Amend The Court's Order Granting Defendant's Motion To Remand** [#50], filed July 30, 2007.  By this motion, defendant requests that I amend my prior Order remanding this case back to state court to include an award of attorney fees.  I exercise the discretion permitted me by D.C.COLO.LCivR 7.1C to rule on this motion without benefit of a response and deny the motion.

Defendant included a conclusory request for an award of attorney fees in the final paragraph of his motion to remand.  (*See* **Defendant's Motion To Remand Case Back to State Court** at 9, ¶ 23 [#13], filed December 19, 2006.)  In contravention of the local rules of this district, that request was not supported by any citation to relevant legal authority.  **D.C.COLO.LCivR 7.1C** (requiring that "a motion involving a contested issue of law shall . . . be supported by a recitation of legal authority incorporated into

the motion"). Even in the absence of the apposite rule, I do not consider cursory, unsupported, or otherwise inadequately briefed arguments such as those included in defendant's motion to remand. *See **Fischer v. Adams County School District No. 12**,* 2006 WL 407820 at *2 n.3 (D. Colo. Feb. 16,2006) (citing ***Gross v. Burggraf Construction Co.***, 53 F.3d 1531, 1547 (10th Cir. 1995)). Defendant's undeveloped request for attorney fees clearly runs afoul of this sound judicial policy as well.[1] Moreover, because the decision whether to award of attorney's fees on remand is not a matter of right but rather wholly within the exercise of my sound discretion, *see **Suder v. Blue Circle, Inc.***, 116 F.3d 1351, 1353 (10th Cir. 1997), defendant could not have legitimately imagined that his bare request for fees would entitle him to an award of such.

**THEREFORE, IT IS ORDERED** that **Defendant's Motion To Amend The Court's Order Granting Defendant's Motion To Remand** [#50], filed July 30, 2007, is **DENIED**.

Dated August 2, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[1] Moreover, defendant has not bothered to quantify the amount of attorney's fees he believes should be awarded, much less provide any documentation to support such a request.